IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN THE MATTER OF THE SEARCH OF
THE CELLULAR TELEPHONE ASSIGNED
CALL NUMBER (404) 707-7897

No. 17-MJ-2137

**ORDER**

Upon motion of the United States to unseal the documents filed in this case, it is ORDERED that the documents filed in this case are hereby unsealed.

It is so ORDERED this 19 day of December, 2017.

Jeffery S. Frensley
United States Magistrate Judge